THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS ARTURO RAMIREZ<br>Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the Department<br>Homeland Security; EDUARDO AGUIRRE, as<br>Acting Director of the Bureau of Citizenship &<br>Immigration Services; DENIS C. RIORDAN,<br>District Director of the Bureau of Citizenship &<br>Immigration Services for Boston, Massachusetts<br>Defendants | )<br>)<br>)<br>)  05 CIVIL ACTION NO. 10998 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT FOR NATURALIZATION PURSUANT TO 8 U.S.C. 1447(b)

NOW comes Carlos Arturo Ramirez, plaintiff in the above-captioned matter, and hereby states as follows:

MAGISTRATE JUDGE _____

1. This action is brought against the Defendants to request that the District Court take jurisdiction of the plaintiff's application pursuant to Sec. 336(b) of the Immigration & Nationality Act [8 U.S.C. 1447(b)] which states if the Department of Homeland Security and the U.S. Citizenship & Immigration Services (formerly the Immigration & Naturalization Service of the Department of Justice) do not render a decision on a naturalization application within 120 days after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district and such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions.

PARTIES

2. The Plaintiff, Carlos Arturo Ramirez, a resident of Massachusetts, is native and citizen of Colombia and a legal permanent resident of the United States, who filed an application for naturalization that was not answered by U.S. Citizenship & Immigration Services (USCIS) formerly the Immigration & Naturalization Service for more than 120 days.

3. The Defendant, Michael Chertoff, is the Secretary of the Department Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security and the Department of Justice. 8 USC §1103(a). More specifically, the Secretary of the Department Homeland Security is responsible for the adjudication of applications for naturalization filed pursuant to the Immigration & Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of

        Homeland Security to whom the authority has in part been delegated, and is subject to the Secretary of the Department Homeland Security's supervision.

4. The Defendant, Eduardo Aguirre, Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS. As will be shown, the Defendant Director is the official under whose supervision and control the Plaintiff's application for naturalization was adjudicated.

5. The Defendant, Denis C. Riordan, District Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official whose office has been processing various parts of the Plaintiff's application for naturalization that was properly filed.

## JURISDICTION

6. Jurisdiction in this case is proper under INA Section 310(c). According to the said statute judicial review is available to the plaintiff whose application for naturalization, after an examination is before an immigration officer under INA Section 336(b), this court may either determine the matter or remand the matter, with appropriate instructions.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## CAUSE OF ACTION
De Novo Review of Application for Naturalization

8. On or about March 25, 2004 the Plaintiff was examined in connection with his application for naturalization (Form N-400) and the defendants have not rendered a decision on his application to date.

9. At the time of the Plaintiff's interview on March 25, 2004 the immigration officer presented the Plaintiff with a record that indicates that he successfully completed the English and U.S. History portions of the examination and that a written decision would be forwarded to her.

10. The Counsel on behalf of Plaintiff appeared in person before the USCIS Office in Boston on or about July 19, 2004 to deliver requested supporting documents, Certified U.S. District Court Docket Sheet that were requested during the interview on March 25, 2004.

11. To date, despite the expiration of the 120 days period of review, the government has not rendered a decision in connection with the Plaintiff's application.

## PRAYER

12. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   (a) Conduct a hearing de novo on the application;

   (b) Grant the Plaintiff's request for Naturalization as a U.S. Citizen; and

   (c) Granting such other relief at law and in equity as justice may require.

The Plaintiff,
By her Attorneys,

_____
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 461613

Carlos Arturo Ramirez v. Michael Chertoff, et al.
A 90-567-146
EAC*001053594

Exhibit

Copy of Plaintiff's Naturalization Interview Notice

05 10998 JLT

# Notice of Action



**UNITED STATES OF AMERICA**

| | |
|---|---|
| for Naturalization Initial Interview | **NOTICE DATE** November 28, 2003 |
| lization | **INS A#** A 090 567 146 |
| **RECEIVED DATE** June 19, 2003 | **PRIORITY DATE** June 19, 2003 | **PAGE** 1 of 1 |

CARLOS ARTURO RAMIREZ
17 BREED ST #3
EAST BOSTON MA 02128

Please come to:
US INS
GOVERNMENT CENTER
JFK FEDERAL BUILDING
ROOM 1
BOSTON MA 02203
On (Date): Thursday, March 25, 2004
At (Time): 10:00 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
JFK FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON MA 02203-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Carlos Arturo Ramirez v. Michael Chertoff, et al.
A 90-567-146
EAC*001053594

# Exhibit

# Copy of USCIS Status Record Showing Last Action Date

| A090567146 | 000 | BOS | Status: RECORD IN USE<br>Last Action: 06/21/2004 03:05:20 PM<br>Batch Audit | Sect: EX - EXAMINATIONS<br>Resp: 0356 - SHELF N56 |
|---|---|---|---|---|

7/13/2004

Case 1:05-cv-10998-JLT    Document 1-2    Filed 05/13/2005    Page 4 of 14

http://10.60.132.91/nfts/transactioninlower.asp

7/13/2004

Carlos Arturo Ramirez v. Michael Chertoff, et al.
A 90-567-146
EAC*001053594

# Exhibit

## Copies of Correspondence Sent to USCIS/Boston District Office requesting Decision on Case

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

December 16, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA  02203

RE:             Carlos Arturo Ramirez
Our File No.:   DF 2304
Your File No.:  **A 90-567-146**
                **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

FITZGERALD & COMPANY, LLC | FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T:617.523.6320
F:617.523.6324
fitzgeraldlawcompany.com

December 1, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA 02203

RE:           Carlos Arturo Ramirez
Our File No.:  DF 2304
Your File No.: **A 90-567-146**
              **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

# FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

November 22, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA 02203

RE:            Carlos Arturo Ramirez
Our File No.:  DF 2304
Your File No.: **A 90-567-146**
               **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

November 11, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA  02203

RE:            Carlos Arturo Ramirez
Our File No.:  DF 2304
Your File No.: **A 90-567-146**
               **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

**FITZGERALD & COMPANY, LLC**

FitzGerald & Company LLC  
Attorneys at Law  
18 Tremont Street, Suite 210  
Boston, MA 02108

T: 617.523.6320  
F: 617.523.6324  
fitzgeraldlawcompany.com

November 4, 2004

Examination Unit  
U.S. Citizenship and Immigration Services  
JFK Federal Building, Room E-140  
Boston, MA 02203

RE:             Carlos Arturo Ramirez  
Our File No.:   DF 2304  
Your File No.:  **A 90-567-146**  
                **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg  
Enclosure

# FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

October 28, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA 02203

RE:               Carlos Arturo Ramirez
Our File No.:     DF 2304
Your File No.:    **A 90-567-146**
                  **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

October 19, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA 02203

RE:                    Carlos Arturo Ramirez
Our File No.:          DF 2304
Your File No.:         **A 90-567-146**
                       **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

October 11, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA  02203

RE:           Carlos Arturo Ramirez
Our File No.:  DF 2304
Your File No.: **A 90-567-146**
               **EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

FITZGERALD & COMPANY, LLC

FitzGerald & Company LLC
Attorneys at Law
18 Tremont Street, Suite 210
Boston, MA 02108

T: 617.523.6320
F: 617.523.6324
fitzgeraldlawcompany.com

September 13, 2004

Examination Unit
U.S. Citizenship and Immigration Services
JFK Federal Building, Room E-140
Boston, MA 02203

RE: Carlos Arturo Ramirez
Our File No.: DF 2304
Your File No.: **A 90-567-146**
**EAC*001053594**

Dear Sir or Madam:

Please be advised that this office represents the above-named client in connection with a N-400 application.

On July 19, 2004 our office provided your department with request further evidence to assist with the adjudication of our client's N-400 application. To this date there has been no determination on the application. Please review this petition at your earliest possible convenience and send our office notice of your decision.

Thank you for your attention to this matter.

Sincerely,

Desmond P. FitzGerald, Esq.

DPF/cg
Enclosure

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Carlos Arturo Ramirez

(b) County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Desmond P. FitzGerald, FitzGerald & Company, LLC., 18 Tremont Street, #210, Boston, MA 02108

### DEFENDANTS
Michael Chertoff, Secretary of the Department of Homeland Security; Eduardo Aguirre, Director of U.S. Citizenship and Immigration Services; Denis Riordan, U.S. District Director, USCIS, Boston

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

05 10998 JLT

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 8 U.S.C. 1447(b)
Brief description of cause: The defendants have not adjudicated the plaintiff's applications as required by law.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Carlos A. Ramirez   v. Michael Chertoff__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **05 10998 JLT**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [X]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  __Desmond P. FitzGerald__

ADDRESS  __FitzGerald & Company, LLC. 18 Tremont Street, suite 210, Boston, MA 02108__

TELEPHONE NO.  __(617) 523-6320__

(Coversheetlocal.wpd - 10/17/02)