# UNITED STATES DISTRICT COURT

District of _____

Carlos Arturo Ramirez

V.

Michael Chertoff, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10998 JLT**

TO: (Name and address of Defendant)

Mr. Michael Chertoff, Secretary
U.S. Department of HOmeland Security
Washington D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desmond P. FitzGerald, Esq.
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within \_\_\_\_Sixty (60)\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

MAY 13 2005

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 15, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sarah R. Laub | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Via Certified Mail
Receipt Number 7004 2510 0001 6236 9053
Recieved by DHS (defendant) on 5/23/2005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-15-2005
            Date

Signature of Server

FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, MA 02108
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.