## UNITED STATES DISTRICT COURT

_____ District of _____

Carlos Arturo Ramirez

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, et al.

CASE NUMBER:

# 05 10998 JLT

TO: (Name and address of Defendant)

Mr. Dennis Riordan, District Director
JFK Federal Building
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desmond P. FitzGerald, Esq.
FitzGerald & COmpany, LLC.
18 Tremont Street, Suite 210
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __Sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 13 2005

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 15, 2005 |
| NAME OF SERVER *(PRINT)* <br> SarahR. Laub | TITLE <br> Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Served Via Certified Mail
                     Receipt Number 7004 2510 0001 6236 9077
                     Recieved by DHS (defendant) on 5/18/2005

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____June 15, 2005____  *[signature]*
              Date                    Signature of Server

FitzGerald & COmpany, LLC
18 Tremont Street, Suite 210
Boston, MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home

# Track & Confirm

**Current Status**

You entered 7004 2510 0001 6236 9060

Your item was delivered at 9:27 am on May 23, 2005 in WASHINGTON, DC 20536.

( Shipment Details > )

**Notification Options**

▸ Track & Confirm by email    What is this?   ( Go > )

**Track & Confirm**

Enter label number:

( Go > )

Track & Confirm FAQs  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# UNITED STATES POSTAL SERVICE

Home

## Track & Confirm

**Current Status**

You entered 7004 2510 0001 6236 9053

Your item was delivered at 8:23 am on May 23, 2005 in WASHINGTON, DC 20528.

( Shipment Details > )

**Notification Options**

▸ Track & Confirm by email   What is this?   ( Go > )

**Track & Confirm**

Enter label number:

_____ ( Go > )

Track & Confirm FAQs   ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  5-18-05<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>Denis Riordan, District Director<br>DHS, USCIS<br>[illegible] Bldg | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

6236 9077

236 9077