UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS RAMIREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA NO. 05-10998-JLT |
| ) | |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

The United States respectfully requests an extension of time until October 28, 2005, to answer or otherwise respond to the Plaintiff's Complaint. Plaintiff brings a complaint for naturalization pursuant to 8 U.S.C. § 1447(b). A preliminary investigation revealed that the United States Citizenship & Immigration Services ("USCIS") has not yet adjudicated Plaintiff's naturalization application because of pending national security checks. Further investigation of the claims raised in the Complaint, however, requires the assembly and review of Plaintiff's application and supporting documents, agency records, and consultation with members of the Department of Homeland Security and USCIS staff.

Accordingly, in order to provide the Court with an informed response to Plaintiff's Complaint, this additional time is needed.

>                    Respectfully submitted,
>
>                    MICHAEL J. SULLIVAN
>                    United States Attorney
>
>               By:  /s/ Damian W. Wilmot
>                    Damian W. Wilmot
>                    Assistant U.S. Attorney
>                    John J. Moakley U.S. Courthouse
>                    1 Courthouse Way, Suite 9200
>                    Boston, MA  02210
>                    (617) 748-3398

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, I attempted to confer with Plaintiff's counsel to resolve the issues addressed in this Motion in good faith, but was unsuccessful in reaching him prior to filing this Motion.

>                     /s/ Damian W. Wilmot
>                    DAMIAN W. WILMOT
>                    Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the plaintiff, Desmond P. Fitzgerald, Fitzgerald & Company, LLC, 18 Tremont Street, Suite 210, Boston, MA 02108, by first class, postage prepaid mail, on this date.

>                    /s/ Damian W. Wilmot
>                    Damian W. Wilmot
>                    Assistant U.S. Attorney

Dated: September 22, 2005