```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CARLOS RAMIREZ,                   )
                                  )
         Plaintiff,               )
                                  )
    v.                            )    CA NO. 05-10998-JLT
                                  )
MICHAEL CHERTOFF, et al.,         )
                                  )
         Defendants.              )
                                  )
```

**MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

The United States respectfully requests a second extension of time of seven days, until November 4, 2005, to answer or otherwise respond to the Plaintiff's Complaint.  Plaintiff brings a complaint for naturalization pursuant to 8 U.S.C. § 1447(b).  A preliminary investigation revealed that the United States Citizenship & Immigration Services ("USCIS") has not yet adjudicated Plaintiff's naturalization application because of pending national security checks.  The government currently is assembling and reviewing the Plaintiff's application, supporting documents, and agency records, and is consulting with members of the Department of Homeland Security and USCIS staff.  The Government expects to complete this process by November 4, 2005.

Accordingly, in order to provide the Court with an informed response to Plaintiff's Complaint, this additional time is needed.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Damian W. Wilmot
>Damian W. Wilmot
>Assistant U.S. Attorney
>John J. Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA  02210
>(617) 748-3398

CERTIFICATION UNDER L.R. 7.1

Counsel have conferred pursuant to L.R. 7.1(A)(2), and Plaintiff's counsel has no objection to the Defendants' filing of this Motion.

>/s/ Damian W. Wilmot
>DAMIAN W. WILMOT
>Assistant U.S. Attorney

Dated: October 28, 2005