UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS ARTURO RAMIREZ,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MICHAEL CHERTOFF, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | CA NO. 05-10998-JLT |

**DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO REMAND**

Defendants in the above-captioned action respectfully move the Court to dismiss this action for lack of subject matter jurisdiction or, in the alternative, to remand this matter to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b). The reasons for this motion are set forth more fully in accompanying Memorandum of Law and Declaration of Denis Riordan.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Damian W. Wilmot
Damian W. Wilmot
Assistant U.S. Attorney
Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: November 3, 2005        617-748-3398

**CERTIFICATION UNDER L.R. 7.1**

    I certify that in accordance with Local Rule 7.1, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

                                       /s/ Damian W. Wilmot
                                       DAMIAN W. WILMOT
                                       Assistant U.S. Attorney