UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS ARTURO RAMIREZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-10998-JLT |
| | * | |
| MICHAEL CHERTOFF, as Secretary of | * | |
| the Department of Homeland Security; | * | |
| EDUARDO AGUIRRE, as Acting Director | * | |
| of the Bureau of Citizenship & Immigration | * | |
| Services; DENNIS C. RIORDAN, | * | |
| District Director of the Bureau of | * | |
| Citizenship & Immigration Services | * | |
| for Boston, Massachusetts, | * | |
| | * | |
| Defendants. | * | |

### ORDER

January 18, 2006

TAURO, J.

This court hereby orders that:

1. Defendant's <u>Motion to Dismiss, or in the Alternative, to Remand</u> [#7] is DENIED to the extent that Defendant moves for dismissal for lack of subject matter jurisdiction. The Motion is ALLOWED to the extent that Defendant requests the court remand the matter to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b).

2. Defendant must complete Plaintiff's citizenship examination and render a final determination on Plaintiff's application for naturalization no later than March 24, 2006.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
United States District Judge