THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS A. RAMIREZ,<br>        Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director of the Bureau of Citizenship & Immigration Services; DENNIS C. RIODAN, as District Director of the Bureau of Citizenship & Citizenship and Immigration Services for Boston, Massachusetts.<br>        Defendants | CIVIL ACTION FILE NO.<br>05-10998 JLT |

## STIPULATION OF DISMISSAL

NOW comes the plaintiff, Carlos A. Ramirez, by and through the undersigned counsel, and hereby requests this Honorable Court dismiss the above-entitled action. As grounds for this motion the plaintiff submits that the United States Citizenship and Immigration Services approved the plaintiff's naturalization petition and therefore the plaintiff requests that this action be dismissed with prejudice.

The Plaintiff,
By his Attorney,

/s/ Desmond P. Fitzgerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 68344

CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents, Stipulation of Dismissal, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2006.

/s/Desmond P. FitzGerald
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
Bar No. 634881